IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:18-cv-00148-FL

BETTY EILEEN DONOVAN,           )
                                )
        Plaintiff,              )
                                )
v.                              )
                                )
BRAGG MUTUAL FEDERAL CREDIT UNION )
and JOHN SZOKA, individually,   )
                                )
        Defendants.             )
_____)

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Betty Eileen Donovan ("Ms. Donovan"), by and through her attorneys, hereby moves the Court for leave to file a Second Amended Complaint. Pursuant to Local Rule 15.1: (i) attached hereto as Exhibit A is Ms. Donovan's proposed Second Amended Complaint; and (ii) attached hereto as Exhibit B is document showing how the proposed Second Amended Complaint modifies the First Amended Complaint.

WHEREFORE, Ms. Donovan respectfully requests that the Court grant her Motion and direct the Clerk of the Court to file the Second Amended Complaint attached as Exhibit A.

Respectfully submitted this 18th day of February, 2019.

**THE NOBLE LAW FIRM, PLLC**

*/s/ Nicholas J. Sanservino, Jr.*
Nicholas J. Sanservino, Jr. (N.C. Bar No. 36557)
Laura L. Noble, Esq. (N.C. Bar No. 38691)
141 Providence Road, Suite 210
Chapel Hill, N.C. 27514
Telephone:   (919) 251-6008
Facsimile:   (919) 869-2079
nick@thenoblelaw.com
lnoble@thenoblelaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 18, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Connie E. Carrigan, Esq.
    Smith, Debnam, Narron, Drake, Saintsing & Myers, LLP
    P.O. Box 26268
    Raleigh, N.C. 27611
    ccarrigan@smithdebnamlaw.com
    *Attorneys for Defendants*

        */s/ Nicholas J. Sanservino, Jr.*
        Nicholas J. Sanservino, Jr.