IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:18-cv-00148-FL

| | |
|---|---|
| BETTY EILEEN DONOVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BRAGG MUTUAL FEDERAL CREDIT UNION ) | |
| and JOHN SZOKA, individually, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's Motion for Leave to File a Second Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure, and requesting leave to allow Plaintiff to file the proposed Second Amended Complaint attached as Exhibit A to the Motion. Having carefully considered the Motion, Plaintiff's proposed Second Amended Complaint, the record, and the parties' respective arguments relating thereto, the undersigned will grant the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to File a Second Amended Complaint is **GRANTED**. The Clerk is directed to file the Second Amended Complaint that is attached as Exhibit A to the Motion.

**SO ORDERED.**

This the ____ day of _____, 2018.

_____
U.S.D.J.