IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:18-cv-00148-FL

| | |
|---|---|
| BETTY EILEEN DONOVAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BRAGG MUTUAL FEDERAL CREDIT UNION and JOHN SZOKA, individually, | ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the parties stipulate that Plaintiff's claims against Defendant John Szoka are voluntarily dismissed with prejudice and that each party shall bear its own costs.

Respectfully submitted this 27th day of February, 2019.

**THE NOBLE LAW FIRM, PLLC**

*/s/ Nicholas J. Sanservino, Jr.*
Nicholas J. Sanservino, Jr.
N.C. Bar No. 36557
141 Providence Road, Suite 210
Chapel Hill, N.C. 27514
Telephone: (919) 251-6008
Facsimile: (919) 869-2079
nick@thenoblelaw.com
lnoble@thenoblelaw.com
*Attorneys for Plaintiff*

**SMITH, DEBNAM, NARRON, DRAKE SAINTSING & MYERS, LLP**

*/s/ Connie E. Carrigan*
Connie E. Carrigan
N.C. Bar No. 16583
P.O. Box. 26268
Raleigh, N.C. 27611
Telephone: (919) 250-2000
Facsimile: (919) 250-2211
ccarrigan@smithdebnamlaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Connie E. Carrigan, Esq.
>Smith, Debnam, Narron, Drake, Saintsing & Myers, LLP
>P.O. Box 26268
>Raleigh, N.C. 27611
>ccarrigan@smithdebnamlaw.com
>*Attorneys for Defendants*

>*/s/ Nicholas J. Sanservino, Jr.*
>Nicholas J. Sanservino, Jr