IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:18-cv-00148-FL

| | |
|---|---|
| BETTY EILEEN DONOVAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BRAGG MUTUAL FEDERAL CREDIT UNION and JOHN SZOKA, individually, | ) ) ) |
| Defendants. | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the parties stipulate that Plaintiff's claims against Defendant Bragg Mutual Federal Credit Union are voluntarily dismissed with prejudice and that each party shall bear its own costs.

Respectfully submitted this 1st day of March, 2019.

| | |
|---|---|
| **THE NOBLE LAW FIRM, PLLC** | **SMITH, DEBNAM, NARRON, DRAKE SAINTSING & MYERS, LLP** |
| */s/ Nicholas J. Sanservino, Jr.* | */s/ Connie E. Carrigan* |
| Nicholas J. Sanservino, Jr. | Connie E. Carrigan |
| N.C. Bar No. 36557 | N.C. Bar No. 16583 |
| 141 Providence Road, Suite 210 | P.O. Box. 26268 |
| Chapel Hill, N.C. 27514 | Raleigh, N.C. 27611 |
| Telephone: (919) 251-6008 | Telephone: (919) 250-2000 |
| Facsimile: (919) 869-2079 | Facsimile: (919) 250-2211 |
| nick@thenoblelaw.com | ccarrigan@smithdebnamlaw.com |
| lnoble@thenoblelaw.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 1, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Connie E. Carrigan, Esq.
      Smith, Debnam, Narron, Drake, Saintsing & Myers, LLP
      P.O. Box 26268
      Raleigh, N.C. 27611
      ccarrigan@smithdebnamlaw.com
      *Attorneys for Defendants*

                         */s/ Nicholas J. Sanservino, Jr.*
                         Nicholas J. Sanservino, Jr